

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA,

Plaintiff(s),

v.

James Vorley,

Defendant(s).

Case No. 18cr35
Judge Sheila Finnegan

### ORDER

Detention hearing held on 8/14/2018. For reasons stated on the record, the Court finds that conditions that will reasonably assure the appearance of the Defendant. Government's oral motion for detention is denied. Court enters order setting conditions of release and appearance bond for $750,000.00. Defendant shall be released after processing.

(1.10)

Date: 8/14/2018

Sheila Finnegan
United States Magistrate Judge