## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.
                                          Case No.: 1:18−cr−00035

                                          Honorable John J. Tharp Jr.

James Vorley, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2020:

        MINUTE entry before the Honorable John J. Tharp, Jr:Telephone status hearing held and continued to 8/27/20 at 10:00 (CDT). Jury trial to begin September 14, 2020 at 9:00 a.m. Defendants' motion to compel Brady and Rule 16 discovery [169] and related motions [210] [221] [223] [226] [241] are denied; opinion forthcoming. Time is excluded through the next status hearing pursuant to 18 USC 3161(h)(7)(A) and (b)(iv) in recognition of the logistical, communication, and other complexities arising from the ongoing COVID−19 pandemic, to facilitate further motion practice and to allow for adequate time to prepare for trial. The Court finds that the ends of justice in excluding time for these reasons outweigh the best interest of the defendants and the public in a speedy trial. Directions for counsel and the parties for participating in the telephonic hearing will be provided by email prior to the hearing. Counsel are instructed to use those directions, which require logging into the call via a web site. Members of the public and media who wish to listen to this hearing may call in to the hearing by dialing 877−848−7030 and, upon prompting, entering the access code: 5784864. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.