## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

       Plaintiff,

v.             Case No.: 1:18–cr–00035
             Honorable John J. Tharp Jr.

James Vorley, et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, September 12, 2020:

  MINUTE entry before the Honorable John J. Tharp, Jr. as to James Vorley, Cedric Chanu: The Court's oral ruling [280] denying the defendants' motion to compel [169] and associated motions [210][221][223][226][241] is supplemented with the Court's written ruling. Enter Opinion and Order. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.