## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | No. 18 Cr. 35 (Tharp, J.) |
| JAMES VORLEY, | ) ) ) | |
| Defendant. | ) ) | |

**JAMES VORLEY'S UNOPPOSED MOTION TO EXONERATE HIS BOND**

Defendant James Vorley ("Mr. Vorley") moves this Court pursuant to Federal Rule of Criminal Procedure 46(g) to enter an order exonerating his bond previously posted and directing the Clerk of the Northern District of Illinois to release his bond to his attorneys at Dechert LLP. The government does not oppose this Motion. In support of this Motion, Mr. Vorley states as follows:

1.      On August 14, 2018, the Court set Mr. Vorley's conditions of release and an appearance bond for $750,000.00. *See* Dkt. 21; Dkt. 130. The Court required Mr. Vorley to post security in the form of $250,000 in cash to be held by the Clerk of the Northern District of Illinois and a separate security on property at 1 Fairway, Bexleyheath (DA6 8LU) and 14 Blackheath Vale, London (SE3 0TX) (the "UK Properties").

2.      Mr. Vorley deposited two checks with the Clerk, the first for $100,000.00 and the second for $150,000.00, to satisfy the cash requirements for his bond. Thereafter, Mr. Vorley's counsel filed paperwork with the HM Land Registry in England securing the required liens on the UK Properties.

3.      In September 2020, a jury deliberated for four days before convicting Mr. Vorley of three counts of wire fraud. *See* Dkt. 336. In June 2021, this Court sentenced Mr. Vorley to a term of imprisonment of one year and one day following his conviction for wire fraud affecting a financial institution. *See* Dkt. 404; Dkt. 406. After sentencing, Mr. Vorley filed a motion for his release on bond pending resolution of his appeal to the Seventh Circuit. *See* Dkt. 418. In July 2021, this Court granted that motion. *See* Dkt. 424. The Seventh Circuit has since affirmed Mr. Vorley's conviction. *See United States v. Chanu*, 40 F.4th 528 (7th Cir. 2022). Thereafter, this Court denied Mr. Vorley's motion for release on bond pending resolution of his petition for a writ of certiorari before the United States Supreme Court. *See* Dkt. 461.

4.      On November 9, 2022, in accordance with this Court's earlier order, Mr. Vorley surrendered himself into custody at the Bureau of Prison's FCI Allenwood Low facility. *See* Dkt. 456.

5.      Federal Rule of Criminal Procedure 46(g) provides that the "court must exonerate the surety and release any bail when a bond condition has been satisfied or when the court has set aside or remitted the forfeiture." Fed. R. Crim. P. 46(g). This rule requires a court to exonerate the obligors and release any bail once a criminal defendant has satisfied the conditions of his bond. *See United States v. Torres*, 807 F.3d 257, 261 (7th Cir. 2015); *see also id.* at 262 (noting that a court must exonerate the surety once the bond conditions have been satisfied or when the surety timely surrenders the defendant into custody).

6.      Mr. Vorley has satisfied the conditions of his bond and surrendered himself into custody. Therefore, Mr. Vorley requests that this Court enter an order stating that his bond is exonerated in full, including both the cash bond and the liens or other interests placed the UK

Properties. Mr. Vorley also requests that this order direct the Clerk of the Court to release his cash bond to Mr. Vorley's counsel at Dechert LLP.

7.    Mr. Vorley's counsel has discussed this matter with the Government and the Government has no objection to the entry of an order exonerating Mr. Vorley's bond in this matter.

**WHEREFORE**, Mr. Vorley respectfully requests that this Court exonerate the bond posted in this case.

Dated: November 11, 2022                              Respectfully submitted,


                                                      */s/ Roger A. Burlingame*
                                                      Roger A. Burlingame
                                                      Matthew L. Mazur (*pro hac vice*)
                                                      Dechert LLP
                                                      160 Queen Victoria Street
                                                      London EC4V 4QQ
                                                      United Kingdom
                                                      Telephone: +44 20 7184 7000
                                                      Roger.Burlingame@dechert.com
                                                      Matthew.Mazur@dechert.com

                                                      Christopher Burrichter
                                                      Dechert LLP
                                                      35 West Wacker Drive, Suite 3400
                                                      Chicago, IL
                                                      Telephone: (312) 646-5800
                                                      Christopher.Burrichter@dechert.com

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on this 11th day of November 2022, I filed the

foregoing document using the CM/ECF system, which automatically sends notice and a copy of the

filing to all counsel of record.

*/s/ Roger A. Burlingame*  
Roger A. Burlingame